**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **GILBERT J. PEREZ, AIS#06683703,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIV. ACT. NO. 1:25-cv-41-TFM-MU** |
| | ) |
| **DR. SCHULTE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**<u>MEMORANDUM OPINION AND ORDER</u>**

On May 29, 2026, the Magistrate Judge entered a report and recommendation which recommends the Defendants' motion for summary judgment be granted. *See* Doc. 39. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment (Docs. 29, 30 as converted by Doc. 35) are **GRANTED** on all counts and Plaintiff's actions is **DISMISSED with prejudice**

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 10th day of July, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE